# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Bernard Thomas, ) | |
| ) | **ORDER OF DISMISSAL** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| United States of America, ) | Case No. 4:06-cv-031 |
| ) | |
| Defendant. ) | |

Before the Court is the parties' "Stipulation to Dismiss" filed on July 16, 2007. The parties have informed the Court that they have reached an agreement as to the resolution of this matter. The Court **ADOPTS** the parties' "Stipulation to Dismiss" (Docket No. 34) and **ORDERS** that the case be dismissed with prejudice and without costs to either party.

**IT IS SO ORDERED.**

Dated this 17th day of July, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court